Matter of Hollander (2023 NY Slip Op 00363)

Matter of Hollander

2023 NY Slip Op 00363

Decided on January 26, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:January 26, 2023

PM-06-23
[*1]In the Matter of Shira Nicole Hollander, an Attorney. (Attorney Registration No. 5199104.)

Calendar Date:January 23, 2023

Before:Garry, P.J., Lynch, Pritzker, Fisher and McShan, JJ.

Shira Nicole Hollander, Chevy Chase, Maryland, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany, for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Shira Nicole Hollander was admitted to practice by this Court in 2014 and lists a business address in Washington, DC with the Office of Court Administration. Hollander now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Hollander's application.
Upon reading Hollander's affidavit sworn to November 28, 2022 and filed December 2, 2022 and upon reading the January 18, 2023 correspondence in response by the Chief Attorney for AGC, and having determined that Hollander is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.
Garry, P.J., Lynch, Pritzker, Fisher and McShan, JJ., concur.
ORDERED that Shira Nicole Hollander's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Shira Nicole Hollander's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Shira Nicole Hollander is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Hollander is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Shira Nicole Hollander shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.